FILED
AUG 19 2020
DAVID CREWS, CLERK
BY _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.

XAVERIANA COOK

CRIMINAL NO. 3:20-cr-39
18 U.S.C. § 2
18 U.S.C. § 3
18 U.S.C. § 922
18 U.S.C. § 1113
18 U.S.C. § 1114
18 U.S.C. § 1951

## INDICTMENT

The Grand Jury charges that:

### BACKGROUND AND INTRODUCTION

At all times relevant herein:

1. XAVERIANA COOK, defendant, and Hunter Carlstrom were in an intimate relationship.

2. Hunter Carlstrom had been previously convicted of a felony punishable by imprisonment in excess of a year.

3. Between May 1, 2020 and May 4, 2020, a Glock GMBH, Model 19, 9mm caliber, semi-automatic pistol was stolen from a residence at 274 Lawrence Road 2741, Smithville, Arkansas.

4. J.S. was a drug dealer who lived at 50 Lawrence Road 2741, in Smithville, Arkansas.

5. On or about May 5, 2020, Hunter Carlstrom murdered J.S. in order to rob him of his illegal drugs, drug proceeds, and firearms. In addition to illegal drugs and drug proceeds, Carlstrom stole the following firearms from J.S.'s residence:

    a. a Keltec, Model Sub 2000, 9mm caliber, semi-automatic rifle,

b.   a Yugoslavia, Model 59/66, 7.62 caliber, SKS style semi-automatic rifle,

c.   a 12 gauge pump-action shotgun, and

d.   a .22 caliber bolt-action rifle.

6.   Prior to the murder, Carlstrom informed COOK that he intended to murder J.S., and Carlstrom used COOK'S vehicle, a Chevrolet Malibu, to travel to and from J.S.'s residence and commit the murder.

7.   Following the murder on May 5, 2020, Carlstrom and COOK traveled to an acquaintance's residence in COOK's Chevrolet Malibu. Carlstrom provided at least one firearm, illegal drugs, and money to the acquaintance and instructed the acquaintance to burn down J.S.'s residence in order to destroy evidence of the murder of J.S. COOK was present during this conversation.

8.   On or about May 5, 2020, COOK and Carlstrom left Arkansas in COOK's Chevrolet Malibu and traveled to Tennessee where they stayed in a motel room.

9.   On or about May 7, 2020, COOK and Carlstrom traveled to North Mississippi in COOK's Chevrolet Malibu where they stayed with acquaintances in a residence located at 207 Richards Street, Vardaman, Mississippi.

10.   COOK and Carlstrom possessed and transported three stolen firearms from Arkansas to Tennessee then to Mississippi.

11.   During the time period herein, Carlstrom stated numerous times, including to COOK, that he would not go back to jail and that he would engage in a shootout with police if confronted.

12. During this same time period, Carlstrom purchased an engagement-style ring for COOK. On or about May 14, 2020, Carlstrom and COOK traveled to Van Atkins Jewelers on the town square in Oxford, Mississippi to have the ring resized.

13. On May 15, 2020, Carlstrom and COOK were traveling back to Van Atkins Jewelers in Oxford to retrieve the ring when law enforcement located COOK's vehicle.

14. Law enforcement followed COOK's vehicle on Highway 7 in Lafayette County. COOK turned off of Highway 7 onto Veteran's Boulevard traveling West then COOK turned north on South Lamar Boulevard.

15. Law enforcement officers conducted a traffic stop on COOK's vehicle. When law enforcement approached, officers removed COOK, the driver, from the vehicle. At this time, Carlstrom was in possession of a firearm. Carlstrom was uncooperative with law enforcement's commands.

16. Deputy United States Marshal Robert Dickerson was at the driver's side door where COOK had just been removed. Deputy United States Marshal Dickerson deployed his taser at Carlstrom; however, the taser strike was unsuccessful. Carlstrom fired two rounds from the aforementioned stolen Glock 9mm pistol. Deputy United States Marshal Dickerson was shot in the abdomen.

17. Carlstrom was then shot by Deputy United States Marshals and other officers and died on scene. The Glock 9mm used by Carlstrom was recovered and matched the same firearm stolen from 274 Lawrence Road 2741, Smithville, Arkansas.

18. Deputy United States Marshal Dickerson had emergency surgery and has since recovered from the gunshot wound.

19. A search warrant later executed at 207 Richards Street, Vardaman, Mississippi

yielded the aforementioned Keltec, Model Sub 2000, 9mm caliber, semi-automatic rifle, and a Yugoslavia, Model 59/66, 7.62 caliber, SKS style semi-automatic rifle. The firearms recovered from 207 Richards Street matched the same firearms stolen from J.S.'s residence by Hunter Carlstrom during his murder of J.S.

## COUNT ONE
(Accessory After the Fact – Hobbs Act Robbery and Murder)

20. The allegations contained in paragraphs 1 through 19 are re-alleged and incorporated herein.

21. Title 18, United States Code, Section 1951 is commonly known as the "Hobbs Act."

22. On or about May 5, 2020, Hunter Carlstrom did knowingly and willfully obstruct, delay, and affect commerce, and the movement of articles and commodities in such commerce, by robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that Carlstrom did knowingly and unlawfully take and obtain illegal drugs, firearms, and drug proceeds from the person and property of J.S. against J.S.'s will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to J.S.'s person in violation of Title 18, United States Code, Sections 1951(a); hereinafter referred to as "Carlstrom Hobbs Act Robbery and Murder of J.S."

23. From on or about May 1, 2020 until on or about May 15, 2020, in the Northern District of Mississippi and elsewhere, the defendant, XAVERIANA COOK, knowing that an offense against the United States had been committed, to wit, the Carlstrom Hobbs Act Robbery and Murder of J.S., did receive, relieve, comfort, and assist the offender, Hunter Carlstrom, in order to hinder and prevent the offender's apprehension, trial, and punishment, in violation of Title 18, United States Code, Section 3.

## COUNT TWO
(Aiding and Abetting - Transportation of Stolen Firearms)

24. The allegations contained in paragraphs 1 through 19 are re-alleged and incorporated herein.

25. From on or about May 1, 2020 until on or about May 15, 2020, in the Northern District of Mississippi, the defendant, XAVERIANA COOK and Hunter Carlstrom, aided and abetted by each other and others known and unknown to the Grand Jury, knowingly transported in interstate commerce the following stolen firearms:

   a. a Glock GMBH, Model 19, 9mm caliber, semi-automatic pistol;

   b. a Keltec, Model Sub 2000, 9mm caliber, semi-automatic rifle; and

   c. a Yugoslavia, Model 59/66, 7.62 caliber, SKS style semi-automatic rifle,

knowing or having reasonable cause to know that the firearms were stolen, in violation of Title 18, United States Code, Section 922(i) and 924(a)(2) and 2.

## COUNT THREE
(Aiding and Abetting - Possession of Stolen Firearms)

26. The allegations contained in paragraphs 1 through 19 are re-alleged and incorporated herein.

27. From on or about May 1, 2020 until on or about May 15, 2020, in the Northern District of Mississippi, the defendant, XAVERIANA COOK, and Hunter Carlstrom, aided and abetted by each other and others known and unknown to the Grand Jury did knowingly possess, receive, conceal, store, barter, sell, and dispose of stolen firearms, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearms were stolen:

   a. a Glock GMBH, Model 19, 9mm caliber, semi-automatic pistol;

    b.    a Keltec, Model Sub 2000, 9mm caliber, semi-automatic rifle; and

    c.    a Yugoslavia, Model 59/66, 7.62 caliber, SKS style semi-automatic rifle,

in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2) and Section 2.

## **COUNT FOUR**
(Aiding and Abetting - Possession of Firearm by a Prohibited Person)

28.    The allegations contained in paragraphs 1 through 19 are re-alleged and incorporated herein.

29.    From on or about May 1, 2020 until on or about May 15, 2020, in the Northern District of Mississippi, the defendant, XAVERIANA COOK did knowingly aid and abet Hunter Carlstrom, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, in the possession the following firearms:

    a.    a Glock GMBH, Model 19, 9mm caliber, semi-automatic pistol;

    b.    a Keltec, Model Sub 2000, 9mm caliber, semi-automatic rifle; and

    c.    a Yugoslavia, Model 59/66, 7.62 caliber, SKS style semi-automatic rifle,

and the firearms were in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## **COUNT FIVE**
(Aiding and Abetting – Attempted Murder of a Federal Officer)

30.    The allegations contained in paragraphs 1 through 19 are re-alleged and incorporated herein.

31.    On or about May 15, 2020, in the Northern District of Mississippi, the defendant, XAVERIANA COOK, did knowingly aid and abet Hunter Carlstrom in the attempt to unlawfully kill Deputy United States Marshal Robert Dickerson, an officer and employee of the United States and an agency in a branch of the United States Government, while Deputy Dickerson was engaged

in and on account of the performance of his official duties in violation of Title 18, United States Code, Sections 1114 and 2.

                                                               **A TRUE BILL**

_____       */s/ Signature Redacted*_____
**WILLIAM C. LAMAR**                          **FOREPERSON**
**UNITED STATES ATTORNEY**