RECEIVED
AUG 19 2020
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:20-cr-___39___

XAVERIANA COOK

18 U.S.C. § 2
18 U.S.C. § 3
18 U.S.C. § 922
18 U.S.C. § 1113
18 U.S.C. § 1114
18 U.S.C. § 1951

## NOTICE OF PENALTIES

### Count One
### 18 U.S.C. § 1951 and 3

| | |
|---|---|
| Not more than 10 years imprisonment | 18 U.S.C. § 1951 and 3 |
| Not more than $125,000 fine, or both | 18 U.S.C. § 3571 (b)(3) |
| Not more than 3 years supervised release | 18 U.S.C. § 3583 (b)(2) |
| $100 special assessment | 18 U.S.C. § 3013 (a)(2)(A) |

### Counts Two, Three, and Four
### 18 U.S.C. §§ 922, 924(i)

| | |
|---|---|
| Not more than 10 years imprisonment | 18 U.S.C. § 924(i) and (a)(2) |
| Not more than $250,000 fine, or both | 18 U.S.C. § 3571(b)(3); |
| Not more than 3 years supervised release | 18 U.S.C. § 3583(b)(2); |
| $100 mandatory special assessment | 18 U.S.C. § 3013(a)(2)(A). |

### Count Five
### 18 U.S.C. §§ 1113 and 1114

| | |
|---|---|
| Not more than 20 years imprisonment | 18 U.S.C. § 1113 and 1114 |
| Not more than $250,000 fine, or both | 18 U.S.C. § 3571 (b)(3) |
| Not more than 3 years supervised release | 18 U.S.C. § 3583 (b)(2) |
| $100 special assessment | 18 U.S.C. § 3013 (a)(2)(A) |