| CRIMINAL CASE COVER SHEET | U.S. DISTRICT COURT |
|---|---|
| | Complete entire form |

**Place of Offense:**

City Oxford

County Lafayette

RECEIVED
AUG 19 2020
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**Related Case Information:**

Superseding Indictment ___No___ Case Number _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number 3:20-MJ-048-RP

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number 3:20-CR-039

**Defendant Information:**

Juvenile: ☐ Yes ☑ No    If yes, Matter to be sealed: ☐ Yes ☑ No

Defendant Name Xaveriana Cook

Alias Name _____

Address Rockford, IL 61107

DOB 1996  SS# XXX-XX-5141  Sex F  Race W  Nationality _____

Represented by: Gregory S. Park

Interpreter: ☐ Yes ☑ No    List Language and/or dialect: _____

**Location Status:**

Arrest Date 05/15/2020

☐ Already in Federal Custody as of _____ (Date) in Lafayette County Detention Center (Location)
☐ Already in State Custody
☑ On Pretrial Release

**U.S.C. Citations**

Total # of Counts Five (5)    ☐ Petty  ☐ Misdemeanor  ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 U.S.C. 3 | Accessory After the Fact | 1 |
| Set 2  18 U.S.C. 922(i) | Transport Stolen Firearms | 2 |
| Set 3  18 U.S.C. 922(j) | Receive Stolen Firearms | 3 |
| Set 4  18 U.S.C. 922(g)(1) | Unlawful Transport of Firearms, etc. | 4 |

**U.S. Attorney Information:**  AUSA Clyde McGee IV    Bar # 102229

Date: 8/19/20    Signature of AUSA _[signature]_

**District Court Case Number:**
(To be entered by Clerk)    3:20CR39

**CRIMINAL CASE COVER SHEET**            **U.S. DISTRICT COURT**

Xaveriana Cook.
Page Two

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. 1114 | Protection of Officers & Employees of U.S. | 5 |